FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0416

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

SAMUEL WADE FRYDENLUND,

     Defendant and Appellant.

**O R D E R**

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory L. Bonilla, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024